```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 35643
   TONY SIMMONS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-4714


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 09/06/2005 and was confirmed 10/19/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  88.03%.

    The case was paid in full 12/22/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED              4850.00        241.92       4850.00
AMERICREDIT FINANCIAL SV  UNSECURED OTH        2323.97           .00       2044.98
AMERICAN EXPRESS TRAVEL   UNSECURED OTH         472.24           .00        415.56
BANK OF AMERICA           UNSECURED            4349.87           .00       3829.71
ECAST SETTLEMENT CORP     UNSECURED            6922.22           .00       6094.46
CATHERINES                UNSECURED OTH         322.42           .00        283.71
ECAST SETTLEMENT CORP     UNSECURED            5917.88           .00       5210.22
RESURGENT ACQUISITION LL  UNSECURED OTH        1146.46           .00       1008.83
SPIEGEL                   UNSECURED          NOT FILED           .00           .00
PETER FRANCIS GERACI      DEBTOR ATTY          2,700.00                    2,700.00
TOM VAUGHN                TRUSTEE                                          1,760.62
DEBTOR REFUND             REFUND                                             825.85

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            29,265.86

PRIORITY                                        .00
SECURED                                    4,850.00
    INTEREST                                 241.92
UNSECURED                                 18,887.47
ADMINISTRATIVE                             2,700.00
TRUSTEE COMPENSATION                       1,760.62
DEBTOR REFUND                                825.85
                   -------------          -------------
TOTALS              29,265.86              29,265.86
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 35643 TONY SIMMONS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                         /s/ Tom Vaughn

Dated: 03/05/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE